JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROY NARVAEZ,** | Case No. CV15-02157 CAS (AFM) |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **J. MENDEZ, et al.,** | |
| Defendants. | |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and pursuant to the stipulation of the parties, this action is dismissed with prejudice. Each party is to bear his own costs, fees, and expenses of any type, including attorney's fees. There is no prevailing party in this action.

IT IS SO ORDERED.

Dated: February 7, 2018

*Christina A. Snyder*

Honorable Christina A. Snyder
UNITED STATES DISTRICT JUDGE

LA2016501126
62635303.docx